**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV07-2192-PHX-SRB |
| | ) | CR06-1078-PHX-SRB |
| Plaintiff-Respondent, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| Jose Castaneda-Ceja, | ) | |
| | ) | |
| Defendant-Movant. | ) | |
| | ) | |

Movant, Jose Castenda-Ceja, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on November 13, 2007. The United States filed its response in opposition on February 1, 2008. Movant did not file a reply.

The Magistrate Judge filed his Report and Recommendation on July 31, 2008 recommending that Grounds One and Two of Movant's Motion to Vacate, Set Aside, or Correct Sentence be dismissed with prejudice and that the remainder of Movant's Motion to Vacate, Set Aside or Correct Sentence be denied.

. In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

1       The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5       IT IS FURTHER ORDERED that Grounds One and two of Movant's Motion to
6 Vacate, Set Aside, or Correct Sentence are dismissed with prejudice
7       IT IS FURTHER ORDERED that the remainder of Movant's Motion to Vacate, Set
8 Aside or Correct Sentence is denied.

DATED this 22nd day of August, 2008.

_____
Susan R. Bolton
United States District Judge